■ In the Matter of the Application of DONALD L.L., Appellant, For the Appointment of a Guardian of the Person and Property of JESSIE D.L., an Alleged Incapacitated Person. ROBERT J. MICELI, Respondent. (Appeal No. 1.) In the Matter of the Application of DONALD L.L., Appellant, for the Appointment of a Guardian of the Person and Property of JESSIE D.L., an Alleged Incapacitated Person. ROBERT J. MICELI, Respondent. (Appeal No. 2.) ROBERT J. MICELI, as Guardian of the Person and Property of JESSIE D.L., Respondent, v DONALD L.L. et al., Appellants. (Appeal No. 3.) [916 NYS2d 859]—Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (David Michael Barry, J.), entered April 21, 2008. The order and judgment, inter alia, appointed a guardian for the person and property of the incapacitated person.

lants. (Appeal No. 3.) [915 NYS2d 882]—Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (David Michael Barry, J.), entered July 24, 2008. The order and judgment granted the incapacitated person a money judgment against petitioner.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed with costs. Present—Smith, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.